Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza
Newark, New Jersey 07102-5490
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Celgene Corporation*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION,** ) ) ) | Civil Action No. 07-286 (SDW)(MCA) |
| **Plaintiff,** ) ) | Hon. Susan D. Wigenton, U.S.D.J. |
| v. ) ) | Hon. Madeline C. Arleo, U.S.M.J. |
| **BARR LABORATORIES, INC.,** ) ) | **NOTICE OF MOTION** |
| **Defendant.** ) ) ) ) ) | **(Filed Electronically)** |

TO:   James S. Richter
      WINSTON & STRAWN LLP
      The Legal Center
      One Riverfront Plaza
      Newark, NJ  07102-5401

COUNSEL:

PLEASE TAKE NOTICE that on Monday, August 4, 2008, at 9:00 a.m., the undersigned, attorneys for Plaintiff Celgene Corporation, shall move before the Honorable Susan D. Wigenton at the Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey for an Order granting Plaintiff leave to file an Amended Complaint; and

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the annexed Memorandum in Support of Plaintiffs' Motion for Leave to Amend Its Complaint and that a proposed form of Order is also annexed hereto.

Dated: July 3, 2008            By:   s/ Charles M. Lizza
                                     Charles M. Lizza
                                     William C. Baton
                                     SAUL EWING LLP
                                     One Riverfront Plaza
                                     Newark, New Jersey 07102-5490
                                     (973) 286-6700
                                     clizza@saul.com

                                     *Attorneys for Plaintiff*
                                     *Celgene Corporation*

OF COUNSEL:

F. Dominic Cerrito
Daniel L. Malone
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Daniel E. Reidy
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
(312) 269-4140

Richard G. Greco
Benjamin C. Hsing
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598
(212) 836-8500