Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5624
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Celgene Corporation and*
*Children's Medical Center Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION, | Honorable Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | |
| v. | Civil Action No. 07-286 (SDW)(MCA) |
| BARR LABORATORIES, INC., | |
| Defendant. | |
| CELGENE CORPORATION and CHILDREN'S MEDICAL CENTER CORPORATION, | Honorable Susan D. Wigenton, U.S.D.J. |
| Plaintiff, | Civil Action No. 08-3357 (SDW)(MCA) |
| v. | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| BARR LABORATORIES, INC., | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Celgene Corporation and Children's Medical Center Corporation (collectively, "Plaintiffs") and Defendant Barr Laboratories, Inc. ("Barr"), by and through their respective counsel, hereby

stipulate and agree that all claims and counterclaims asserted by Plaintiffs against Barr in this Civil Action No. 07-286, as well as Civil Action Nos. 07-4050, 07-5458 and 08-3357 consolidated therewith, are dismissed without prejudice.

Plaintiffs and Barr further stipulate and agree that Barr's claims under the antitrust laws of the United States and Barr's claims under New Jersey law, namely Counts XX, XXI, and XXII of Barr's counterclaims in this Civil Action No. 07-286, are dismissed with prejudice.

Plaintiffs and Barr further stipulate and agree that all remaining claims and counterclaims asserted by Barr against Plaintiffs in this Civil Action No. 07-286, as well as in Civil Action Nos. 07-4050, 07-5458 and 08-3357 consolidated therewith, are dismissed without prejudice.

Plaintiffs and Barr further stipulate and agree that each party is to bear all of its own costs, expenses and fees.

Dated: May 21, 2010

SAUL EWING LLP

By: _____
Charles M. Lizza
William C. Baton
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Celgene Corporation and*
*Children's Medical Center Corporation*

F. Dominic Cerrito
Daniel L. Malone
JONES DAY
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939

Richard G. Greco
Benjamin C. Hsing
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598
(212) 836-8500

*Attorneys for Plaintiff*
*Celgene Corporation*

Lisa J. Pirozzolo
Kate Saxton
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

*Attorneys for Plaintiff*
*Children's Medical Center Corporation*

Dated: May 21, 2010

WINSTON & STRAWN LLP

By: s/ James S. Richter
James S. Richter
Melissa Steedle Bogad
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 848-7676

George C. Lombardi
Bradley C. Graveline
Maureen L. Rurka
Kevin E. Warner
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Defendant Barr*
*Laboratories, Inc.*

SO ORDERED on this 26th day of May, 2010.

[Signature]
USDJ